# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

In re: )
    Alex Hernandez-Espino, )
    Martha Consuelo Benitez, )    Case Number: 15-21151
               Debtor(s). )
Address: )    Chapter 7 Bankruptcy
    5265 Morgan Ln )
    Mount Pleasant  MI  48858-4722 )    Hon. Daniel S. Opperman
     )
Last four digits of Social Security: )
    5398 / 9461 )

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #15

On or about February 17, 2016, the Debtor(s) by and through their attorney, Bruce K. Havens, filed a Proof of Claim (#15) on behalf of creditor US Department of Education. The creditor then filed a Proof of Claim (#16).

THEREFORE, Proof of Claim #15 is HEREBY WITHDRAWN.

Dated: February 18, 2016                /s/Bruce K. Havens
                                                  Bruce K. Havens (P38718)
                                                  Attorney for Debtor(s)
                                                  306 N Fancher Street
                                                  Mount Pleasant   MI   48858
                                                  Telephone: 989-773-5422
                                                  Facsimile: 989-773-0176
                                                  havenslaw@gmail.com